Jessie FREEMAN

v.

STATE of Mississippi

2014–CT–01652–COA

Supreme Court of Mississippi.

Filed: 09/15/2016

Closed: 11/10/2016

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

■

Eric PELLETIER

v.

STATE of Mississippi

2014–CT–00869–SCT

Supreme Court of Mississippi.

Filed: 09/20/2016

Closed: 11/17/2016

Motion Desc: Petition For Writ Of Certiorari By Appellant

Certiorari—Granted